IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| REVEREND WILLIAM A. HOPKINS, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action File No: 1:10-cv-572-JEC |
| BISHOP WILLIAM PHILLIP DeVEAUX, PRESIDING PRELATE OF THE SIXTH EPISCOPAL DISTRICT, AFRICAN METHODIST EPISCOPAL CHURCH, STATE OF GEORGIA and REVEREND CHARLES W. BENNETT, PRESIDING ELDER WEST ATLANTA DISTRICT, NORTH GEORGIA CONFERENCE, AFRICAN METHODIST EPISCOPAL CHURCH | § § § § § § § § § § § § § § | |
| Defendants. | § | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR EXPEDITED BRIEFING SCHEDULE**

COME NOW the Defendants and file this *Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment* and request for an expedited briefing schedule on this motion, showing the Court as follows:

I.   **Procedural History**

Plaintiff is a *pro se* litigant who filed his *Motion for Summary Judgment*

(Doc. No. 52) on September 1, 2010, two weeks after the August 16, 2010 deadline imposed by the Court's scheduling order (Doc. No. 23, p.1).

The timeliness of the motion and its failure to comply with various local rules is the subject of the Defendants' pending *Motion to Strike* (Doc. No. 56).

Plaintiff's case as a whole is the subject of two pending dispositive motions: a *Motion to Dismiss for Lack of Subject Matter Jurisdiction or for Judgment on the Pleadings* (Doc. No. 43) and a *Motion for Summary Judgment* (Doc. No. 46).

## II.     Argument and Citation of Authority

Defendants deny that there is any merit to Plaintiff's *Motion for Summary Judgment*.  However, Defendants recognize that nothing is a "sure thing" and that a good lawyer does not take any dispositive motion lightly, particularly when the Plaintiff seeks to recover $5.4 million in damages.  (Doc. No. 52, p. 36) Defendants are therefore in the process of beginning their response to the Plaintiff's motion, which is due on Friday, September 24, 2010 (calculating 20 days to respond under Local Rule 7.1 and the three day extension for electronic service).  However, the disposition of three pending motions might make it unnecessary for Defendants to spend the time and resources necessary of preparing their reply to this motion.

Defendants therefore ask that they be permitted an extension of time to

respond to Rev. Hopkins *Motion for Summary Judgment* (Doc. No. 52) until 20 days after the Court rules on their pending *Motion to Dismiss for Lack of Subject Matter Jurisdiction or for Judgment on the Pleadings for Summary Judgment* (Doc. No. 43); on their *Motion for Summary Judgment* (Doc. No. 46);  or on their pending *Motion to Strike* (Doc. No. 56), whichever ruling comes later.

The Defendants also respectfully ask that the Court exercise its discretion under Rule 7.2B to waive the timing rules of LR 7.1 and order Plaintiff to reply to this motion within 2 days.  (The "usual" briefing schedule would permit plaintiff 14 days to respond to this motion, which would be after the deadline for Defendants to file the brief they hope will be unnecessary.)  If the Court imposes expedited briefing, then Defendants will ask for an expedited ruling as soon as Plaintiff files a reply.

This 20th day of September, 2010.

                                       DREW ECKL & FARNHAM, LLP

                                       */s/ Barbara A. Marschalk*
                                       Barbara A. Marschalk
                                       **Georgia Bar No. 324498**
                                       Joseph C. Chancey
                                       **Georgia Bar No. 120520**
                                       E. Andrew Treese
                                       **Georgia Bar No. 556850**

880 West Peachtree Street (30309)
Post Office Box 7600
Atlanta, Georgia  30357-0600

P:  404.885.1400
F:  404.876.0992
bmarschalk@deflaw.com
jchancey@deflaw.com
atreese@deflaw.com
***Attorneys for Defendants Bishop DeVeaux
and Reverend Bennett***
2770611/1
0120-75684

## CERTIFICATION

Pursuant to Local Rule 7.1(D), I certify this motion complies with the font and point selection approved by the court in LR 5.1B: Times New Roman (14 point).

Respectfully submitted this 20th day of September, 2010.

DREW ECKL & FARNHAM, LLP

*/s/ Barbara A. Marschalk*
Barbara A. Marschalk
**Georgia Bar No. 324498**
Joseph C. Chancey
**Georgia Bar No. 120520**
E. Andrew Treese
**Georgia Bar No. 556850**

880 West Peachtree Street (30309)
Post Office Box 7600
Atlanta, Georgia  30357-0600
P:  404.885.1400
F:  404.876.0992
bmarschalk@deflaw.com
jchancey@deflaw.com
atreese@deflaw.com
*Attorneys for Defendants Bishop DeVeaux and Reverend Bennett*
2770611/1
0120-75684

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REVEREND WILLIAM A. HOPKINS, <br><br>    Plaintiffs, <br><br> v. <br><br> BISHOP WILLIAM PHILLIP DeVEAUX, PRESIDING PRELATE OF THE SIXTH EPISCOPAL DISTRICT, AFRICAN METHODIST EPISCOPAL CHURCH, STATE OF GEORGIA and REVEREND CHARLES W. BENNETT, PRESIDING ELDER WEST ATLANTA DISTRICT, NORTH GEORGIA CONFERENCE, AFRICAN METHODIST EPISCOPAL CHURCH <br><br>    Defendants. | Civil Action File No: 1:10-cv-572-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on September 20th, 2010, a copy of the foregoing *Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment and Request for Expedited Ruling* was caused to be served via U.S. Mail and filing through the Court's CM/ECF system upon the following counsel:

William A. Hopkins
3975 Old Fairburn Road
Atlanta, Georgia  30331

This 20th day of September, 2010.

DREW ECKL & FARNHAM, LLP

*/s/ Barbara A. Marschalk*
Barbara A. Marschalk
**Georgia Bar No. 324498**
Joseph C. Chancey
**Georgia Bar No. 120520**
E. Andrew Treese
**Georgia Bar No. 556850**

880 West Peachtree Street (30309)
Post Office Box 7600
Atlanta, Georgia  30357-0600
P:  404.885.1400
F:  404.876.0992
bmarschalk@deflaw.com
jchancey@deflaw.com
atreese@deflaw.com
***Attorneys for Defendants Bishop DeVeaux and Reverend Bennett***
2765765/1
0120-75684